**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Trustmark Insurance Company, | No. CV 06-2084-PHX-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| Susan K. Sanchez and Donna H. Sanchez, | |
| Defendants. | |

Pending before the Court is Defendant Donna Sanchez's Request to Withdraw her Motion to Dismiss. (Dkt. 14.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Donna Sanchez's Request to Withdraw her Motion to Dismiss. (Dkt. 14.)

**IT IS FURTHER ORDERED** that Donna Sanchez's Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim, filed on October 2, 2006, shall be **WITHDRAWN** and no longer reflected as a pending motion on the docket. (Dkt. 7.)

DATED this 1st day of November, 2006.

Stephen M. McNamee
United States District Judge