**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Trustmark Insurance Company, ) | No. CV 06-2084-PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Susan K. Sanchez and Donna H.Sanchez,) | |
| ) | |
| Defendants. ) | |
| ) | |

Pending before the Court is Plaintiff Trustmark Insurance Company's Motion to Permit Client Representative to Appear Telephonically at the Rule 16 Conference. (Dkt. 20.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Plaintiff Trustmark Insurance Company's Motion to Permit Client Representative to Appear Telephonically at the Rule 16 Conference. (Dkt. 20.)

**IT IS FURTHER ORDERED** that Frank Lettera, Trustmark's personal representative, may appear telephonically at the December 19, 2006 Rule 16 Conference. Mr. Lettera shall call the Court at 2:55 p.m. on December 19, 2006, on a clear telephone line at 602-322-7555.

DATED this 8th day of December, 2006.

Stephen M. McNamee
United States District Judge