**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Trustmark Insurance Company, | No. CV 06-2084-PHX-SMM |
| Plaintiff, | **ORDER** |
| vs. |  |
| Susan K. Sanchez and Donna H. Sanchez, |  |
| Defendants. |  |

Pending before the Court is Plaintiff Trustmark Insurance Company's Unopposed Motion to Deposit Funds. (Dkt. 23.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Plaintiff Trustmark Insurance Company's Unopposed Motion to Deposit Funds. (Dkt. 23.)

**IT IS FURTHER ORDERED** that Plaintiff Trustmark Insurance Company is granted leave to deposit with the Clerk of Court the sum of One Hundred Thousand Dollars ($100,000), which represents the total sum of life insurance proceeds that are the subject of this lawsuit.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall deposit the check for $100,000 in the Court Registry Investment System and invest the funds in an interest-bearing account or instrument, pursuant to LRCiv 67.1(b), until further order of this Court.

DATED this 20th day of December, 2006.

Stephen M. McNamee
United States District Judge