1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Trustmark Insurance Company, ) | No. CV 06-2084-PHX-SMM |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Susan K. Sanchez and Donna H. Sanchez, ) | |
| Defendants. ) | |

Pending before the Court is Plaintiff Trustmark Insurance Company's ("Trustmark") and Defendant Susan Sanchez's Stipulation and Request for Voluntary Dismissal of Counter-Claim of Defendant Susan Sanchez. (Dkt. 31.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Plaintiff Trustmark Insurance Company's and Defendant Susan Sanchez's Stipulation and Request for Voluntary Dismissal of Counter-Claim of Defendant Susan Sanchez. (Dkt. 31.)

**IT IS FURTHER ORDERED DISMISSING WITH PREJUDICE** Defendant Susan Sanchez's counter-claim against Trustmark. Susan Sanchez will not receive attorneys' fees or costs from Trustmark, and Trustmark will not receive attorneys' fees or costs from Susan Sanchez or the interpleaded funds.

**IT IS FURTHER ORDERED** that Trustmark is discharged from any and all liability under Policy No. L83813.

/ / /

/ / /

**IT IS FURTHER ORDERED** that Defendant Susan Sanchez, and her agents, attorneys, heirs, and assignees, are forever enjoined, pursuant to 28 U.S.C. § 2361, from initiating any claim or legal proceeding against Trustmark, in any state or federal court, that relates in any way to Policy No. L83813.

DATED this 19th day of March, 2007.

Stephen M. McNamee
United States District Judge