**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Trustmark Insurance Company, ) | No. CV 06-2084-PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Susan K. Sanchez and Donna H.Sanchez,) | |
| ) | |
| Defendants. ) | |
| ) | |

Pending before the Court is a Stipulation and Request for Voluntary Dismissal of Cross-Claims filed by Defendants Susan Sanchez and Donna H. Sanchez. (Dkt. 33.)  For good cause shown,

**IT IS HEREBY ORDERED GRANTING** the Stipulation and Request for Voluntary Dismissal of Cross-Claims filed by Defendants Susan Sanchez and Donna Sanchez. (Dkt.33.)

**IT IS FURTHER ORDERED DISMISSING WITH PREJUDICE** each of the Defendants' cross-claims against each other.  Both Defendants have agreed to fully and completely settle their cross-claims against one another, and to release one another from any and all obligations they or their heirs or successors or agents may have to one another or to any other person arising from or related to (a) the above-captioned matter, (b) the Amended Decree of Dissolution of Marriage Nunc Pro Tunc, dated May 9, 2001, in *In re the Marriage of Sanchez*, Navajo County Superior Court Case number DO20000612 and (c) life insurance policy number L83813 issued by Trustmark Insurance Company.

1

**IT IS FURTHER ORDERED** that the Clerk of Court shall distribute the funds

2    deposited by Trustmark Insurance Company on December 27, 2006 (constituting the entire

3    death benefit of Trustmark life insurance policy no. L83813) as follows: (A) $42,000 (Forty-

4    two thousand dollars and zero cents) to Susan K. Sanchez; and (B) the remainder to Donna

5    H. Sanchez.

6           DATED this 19th day of March, 2007.

7

8

9                                              Stephen M. McNamee
                                               United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28