**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Trustmark Insurance Company, | No. CV 06-2084-PHX-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| Susan K. Sanchez and Donna H. Sanchez, | |
| Defendants. | |

On March 17, 2007, Defendants Susan Sanchez and Donna H. Sanchez filed a Stipulation requesting, *inter alia*, the Clerk of Court to distribute funds deposited by Trustmark Insurance Company ($100,000) as follows: (A) $42,000 (Forty-two thousand dollars and zero cents) to Susan K. Sanchez; and (B) the remainder to Donna H. Sanchez. See Dkts. 33, 36. Pursuant to Local Rule 67.1(b), the funds deposited by Trustmark Insurance Company have been invested in an interest-bearing account. As a result, the Clerk of Court must distribute the interest accrued on the deposit. Accordingly,

**IT IS HEREBY ORDERED** that, unless either side files an objection with the Court no later than Monday, March 26, 2007, the Court will pro-rate and distribute the interest to both payees in accordance with the percentage of funds each has been ordered to receive (i.e., 42 percent of interest to Susan K. Sanchez and 58 percent of interest to Donna H. Sanchez).

DATED this 21st day of March, 2007.

Stephen M. McNamee
United States District Judge